UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUL MARTINEZ, et al., § | |
| § | |
| § | |
| *Plaintiffs,* § | Civil Action No. 1:16-CV-02193-EGS |
| v. § | |
| § | |
| ISLAMIC REPUBLIC OF IRAN, § | |
| § | |
| § | |
| *Defendant.* § | |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Daniel H. Charest *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Daniel H. Charest, filed herewith. As set forth in Mr. Charest's declaration, he is admitted and an active member in good standing the following courts and bars: the Texas Bar and U.S. Court for the Northern District of Texas, U.S. District Court for the Eastern District of Texas, U.S. District Court for the Western District of Texas, U.S. District Court for the Southern District of Texas, U.S. District Court for the Eastern District of Virginia, U.S. District Court for the Western District of Virginia, Courts of the District of Columbia, Supreme Court of the U.S. Virgin Islands, U.S. District Court for Colorado, Court of Federal Claims, United States Court of Appeals, 4th Circuit, United States Court of Appeals, 5th Circuit, and United States Court of Appeals, 10th Circuit.

This motion is supported and signed by Ryan Sparacino, an active and sponsoring member of the Bar of this Court.

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Dated: January 15, 2019                                     Respectfully submitted,

/s/ _____
Ryan R. Sparacino
SPARACINO PLLC
1920 L Street, NW
Suite 535
Washington, D.C. 20036
Tel: (202) 629-3530
ryan.sparacino@sparacinopllc.com

Daniel H. Charest
(*seeking pro hac vice admission*)
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: 469-904-4550
Fax: 469-444-5002
dcharest@burnscharest.com

**CERTIFICATE OF SERVICE**

I certify that on January 15, 2019, I caused a true copy of the above document to be served electronically upon all counsel of record via the Court's CM/ECF system.

By: */s/* _____
      Ryan R. Sparacino